NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RIXEY M. LONDON,**
*Petitioner,*

v.

**GENERAL SERVICES ADMINISTRATION,**
*Respondent.*

---

2012-3076

---

Petition for review of the Merit Systems Protection Board in case no. DC315H110951-I-1.

---

## ON MOTION

---

## ORDER

Rixey M. London moves for leave to proceed in forma pauperis. The court notes that Federal Circuit Form 15(c) Statement Concerning Discrimination has not been filed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion for leave to proceed in forma pauperis is granted.

(2) The dismissal order will be vacated, the mandate will be recalled, and the petition will be reinstated, if London files the "Statement Concerning Discrimination" (form enclosed) within 30 days of the date of filing of this order.

FOR THE COURT

MAR 3 0 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Rixey M. London
     Michelle R. Milberg, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 3 0 2012

JAN HORBALY
CLERK